UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WILLIAMS,

                Plaintiff,                No. 10-CV-11749

vs.                                    Hon. Gerald E. Rosen

BLAINE LAFLER, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in the
                U.S. Courthouse, Detroit, Michigan
                on       February 18, 2011

                PRESENT:  Honorable Gerald E. Rosen
                                    United States District Judge

      This matter having come before the Court on the January 31, 2011 Report and Recommendation of United States Magistrate Judge Mark A. Randon recommending that the Court grant Defendants' Motion to Dismiss and/or for Summary Judgment; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, and the Court being otherwise fully advised in the premises,

      NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of January 31, 2011 **[Dkt. # 21]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment **[Dkt. # 14]** is GRANTED.  Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint against Defrendants Lafler, McCullick, Holland, Dell, Irvin, Seiker and Heibeck is hereby DISMISSED, with prejudice, and Plaintiff's Complaint against Defendant Groat is DISMISSED, without prejudice.

Let JUDGMENT be entered accordingly.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  February 18, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 18, 2011, by electronic mail and upon Michael Williams, #214930, Macomb Correctional Facility (MRF), 34625 26 Mile Road, New Haven, MI 8048 by ordinary mail.

s/Ruth A. Gunther
Case Manager